# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE RICHARDSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1505 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

On June 25, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 14), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 15th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge